Joseph Rabinowitz, Respondent, v. Augusta Greenspan and Others, Appellants.— Judgment affirmed, with costs. No opinion.

George Gundersen, Respondent, v. Alfred E. Norton Company, Appellant.— Judgment and order reversed and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered, including interest and costs, to $1,029.05; in which event judgment as so modified and order affirmed, without costs. No opinion. Ingraham, P J., dissented on the ground of want of proof of the defendant's negligence. Order to be settled on notice.

The People of the State of New York, Respondent, v. Salvatore Spinella, Appellant.— Judgment affirmed. No opinion.

Maynard N. Clement, as State Commissioner of Excise, Appellant, v. Rector's and United States Guarantee Company, Respondents.— Judgment and order affirmed, with costs. No opinion.

In the Matter of Clifford W. Hartridge.— Reference ordered to official referee. Order to be settled on notice.

James Montgomery Flagg, Appellant, v. Union and Advertising Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of Carroll F. Smith, as Treasurer of the Manhattan State Hospital, Respondent, to Compel the Support and Maintenance at Said Hospital of Rachel Weller, of New York City, an Inmate of Said Hospital. Joseph L. Weller, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of Julia C. Lawrence.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Alexander H. Silverman, Appellant, v. Louis Ebin and Max Goldberg, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Murray & Hill Company, Respondent, v. Boreas Realty Company and Others, Respondents, Impleaded with Brooklyn Fireproof Sash and Door Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Anna Kaufman, Respondent, v. John Kaufman, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Cyrus S. Simon, Respondent, v. Harry H. Frazee and George W. Lederer, Appellants, Impleaded with Albert H. Woods.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Saul A. Hayim and Others, Doing Business as Hayim & Setty, Respondents, v. Martin Labe and Labe Importing Company, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Robert J. F. Schwarzenbach, Appellant, v. James H. Moran, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.